**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DEBORAH A. GRIFFIN<br><br>            Debtor(s)<br><br>Ronda J. Winnecour<br><br>            Movant<br>    vs.<br><br>CITIMORTGAGE*S/B/M W/CITIFINANCIAL MTG(**)      Respondent(s) | Case No. 08-10131 TPA<br><br>Chapter 13<br><br>Document No.___ |

NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

    Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full.

    The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 1
Court Claim Number - 1-2

| | |
|---|---|
| 6/13/2013 | /s/   Ronda J. Winnecour<br>Pa. ID  #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DEBORAH A. GRIFFIN

   Debtor(s)

Ronda J. Winnecour

   Movant

vs.

CITIMORTGAGE*S/B/M W/CITIFINANCIAL MTG(**)
   Respondent(s)

Case No.:08-10131 TPA

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

  I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

> DEBORAH A. GRIFFIN, 6608 LINESVILLE RD, HARTSTOWN, PA  16131
>
> JASON MAZZEI ESQ, MAZZEI & ASSOCIATES, 432 BLVD OF THE ALLIES, PITTSBURGH, PA  15219
>
> CITIMORTGAGE*S/B/M W/CITIFINANCIAL MTG(**), POB 688971, DES MOINES, IA 50368-8971
>
> CITIMORTGAGE**, ATTN BKRPTCY NOTICING DEPT*, POB 140609, IRVING, TX 75014

06/13/2013

/s/ Samantha Milton
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com