**IT IS SO ORDERED.**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

Dated: 04 August, 2011 04:39 PM

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | CHAPTER 7 |
| HUDSON & KEYSE, L.L.C. | CASE NO. 10-18846 |
| Debtor | JUDGE RANDOLPH BAXTER |

**ORDER AUTHORIZING
DILKS & KNOPIK, LLC, BY AND THROUGH BRIAN J. DILKS, TO SERVE AS
COLLECTION AGENT FOR TRUSTEE
FOR A LIMITED PURPOSE**

    At Cleveland, Ohio in said District, this cause came on for consideration by this Court upon Application of Trustee herein for an Order authorizing Dilks & Knopik, LLC, by and through Brian J. Dilks, to serve as Collection Agent for Trustee.

    Upon due consideration thereof, the Court finds that said Application is well taken and that authorizing Dilks & Knopik, LLC to serve as Collection Agent for Trustee in the within proceedings is in the best interest of the Estate.

Exhibit A

IT IS THEREFORE ORDERED that the Application of the Trustee be and the same is hereby granted, and that Dilks & Knopik, LLC, by and through Brian J. Dilks, be and is hereby authorized to serve as Collection Agent for Trustee in the within Bankruptcy proceedings with regard to the following matters on a contingency fee basis of one-third (1/3) of any gross recovery, plus reimbursement of out-of-pocket expenses incurred: To recover a nonexempt asset of this Estate not previously identified by the Debtor herein and consisting of a claim of entitlement to unclaimed funds in one or more states to which this Estate may be entitled.

#     #     #

SUBMITTED AND APPROVED BY:

/s/ Waldemar J. Wojcik
_____
WALDEMAR J. WOJCIK, Trustee (0021824)
526 Superior Avenue, Suite 1030
Cleveland, Ohio  44114
Phone: (216) 241-2628
Fax: (216) 621-0408

## CERTIFICATE OF SERVICE

A copy of the foregoing Order Authorizing Employment of Collection Agent was served by the Clerk of the U.S. Bankruptcy Court by ordinary U.S. Mail, postage prepaid and/or by ECF email upon the following:

William E. Schonberg, Attorney for Debtor (via ECF email)

Office of U.S. Trustee (via ECF email)

Jeffrey Baddeley, Special Counsel for Trustee (via ECF email)

Dilks & Knopik, LLC
Attn: Brian J. Dilks
1760 Newport Way NW
Issaquah, WA  98027

Waldemar J. Wojcik, Trustee (via ECF email)

-2-

Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                         CHAPTER 7

HUDSON & KEYSE, L.L.C.                                         CASE NO. 10-18846

Debtor                                                         JUDGE RANDOLPH BAXTER

### APPLICATION FOR ORDER APPROVING EMPLOYMENT OF COLLECTION AGENT FOR TRUSTEE FOR A LIMITED PURPOSE

Now comes Waldemar J. Wojcik and respectfully represents to this Honorable Court that he is the duly employed, qualified and acting Trustee in the within proceedings, and that it is necessary that he wishes to employ Dilks & Knopik, LLC, by and through Brian J. Dilks, as his agent to represent this Estate in connection with the following activities:

To recover a nonexempt asset of this Estate not previously identified by the Debtor herein and consisting of a claim of entitlement to unclaimed funds in one or more states to which this Estate may be entitled.

Dilks & Knopik, LLC and Brian J. Dilks are particularly well suited to serve as Trustee's agent for this limited purpose for the reason that they are a research and retrieval firm, familiar with the research processes and claims requirements regarding funds that may have been deposited to unclaimed funds accounts.

Trustee further represents that neither Dilks & Knopik, LLC and Brian J. Dilks, nor any member or associate of that firm, represent any interest adverse to that of the within Estate, that they are "disinterested person" within the definition of §101(13) of the Bankruptcy Code, are qualified to act as Trustee's agent herein, and that pursuant to §327(d) of the Bankruptcy Code, it would be in the best interest of the within Estate to authorize Dilks & Knopik, LLC to serve as agent for Trustee herein for this limited purpose on a contingency fee basis of one-third (1/3) of any gross recovery, plus reimbursement of out-of-pocket expenses incurred. There shall be no recovery by said entity of fees or expenses from this Estate except out of funds that it may generate for, and that are actually received, by the Estate. Consequently, its employment may only be a benefit to this Estate and shall not diminish this Estate.

Attached hereto as Exhibit "A" is an Affidavit of Brian J. Dilks accepting the proposed employment and certifying that he has no interest adverse to this Estate.

Exhibit A

   Attached hereto as Exhibit "B" is a Service Agreement for Recovery of Unclaimed or Abandoned Property/Funds which the undersigned Trustee proposes to sign immediately upon entry of this Court's Order granting this Application.

   That in accordance with the customary administrative procedures of this Court, this Application may be granted without hearing, unless the office of the U.S. Trustee should file any objections hereto within fourteen (14) days from the date of service hereof.

   WHEREFORE, Applicant requests that this Court approve the employment of Dilks & Knopik, LLC, by and through Brian J. Dilks, as Collection Agent for Trustee for the special and limited purpose to prosecute Trustee's claim of entitlement to unclaimed funds in one or more states, upon the terms and conditions set forth hereinabove.

                 Respectfully submitted,

                 /s/ WALDEMAR J. WOJCIK

                 WALDEMAR J. WOJCIK, Trustee (0021824)
                 526 Superior Avenue, Suite 1030
                 Cleveland, Ohio   44114
                 Phone:  (216) 241-2628
                 Fax:  (216) 621-0408

## CERTIFICATE OF SERVICE

   A copy of the foregoing Application to Employ Collection Agent was served by ordinary U.S. Mail, postage prepaid and/or by ECF email on June 30, 2011 upon each of the following:

William E. Schonberg, Attorney for Debtor (via ECF email)

Office of U.S. Trustee (via ECF email)

Jeffrey Baddeley, Special Counsel for Trustee (via ECF email)

Dilks & Knopik, LLC
Attn:  Brian J. Dilks
1760 Newport Way NW
Issaquah, WA   98027

                 /s/ WALDEMAR J. WOJCIK

                 WALDEMAR J. WOJCIK, Trustee

-2-

Exhibit A



**Hudson & Keyse, LLC**
Debt Resolution Partners

382 Blackbrook Road
Painesville, Ohio 44077

440.354.6978 Phone
440.354.1336 Fax
800.654.5391 Toll Free
www.hkllc.biz

STATEMENT OF ACCOUNT

CREDITOR NAME: Hudson & Keyse, L.L.C.
CREDITOR ADDRESS: 382 Blackbrook Road, Painesville, Ohio, 44077
ORIGINAL CREDITOR: BANK OF AMERICA
ORIGINAL ACCOUNT NUMBER: ███████████
HUDSON & KEYSE, L.L.C. ACCOUNT NUMBER: ███████

DEBTOR NAME: ███████████████
DEBTOR ADDRESS: ████████████████████████ TX, █████
ALTERNATE DEBTOR NAME: ███████████████
ALTERNATE DEBTOR ADDRESS: ████████████████████████ TX, █████

DATE ACCOUNT OPENED: AUG 13 1998
DATE LAST PAID TO ORIGINAL CREDITOR: 02 SEP 2002
DATE LAST PAID TO HUDSON & KEYSE, L.L.C.:

PRINCIPAL BALANCE DUE:   $4,862.10
INTEREST BALANCE DUE:    $2,675.69
TOTAL BALANCE DUE:       $7,537.79

INTEREST RATE: 19.24%    LAST DATE INTEREST CHARGED: FEB 28 2006

*THIS ATTACHMENT WAS INCLUDED WITH A LAWSUIT FILED IN DECEMBER, 2006. THE STATUTE OF LIMITATIONS FOR A CREDIT CARD DEBT IN TEXAS IS FOUR YEARS.*



HTTP: WWW.HKLLC.BIZ
LOCAL: (440)354-6978   FAX: (440)354-1336

EMAIL: COLLECTIONS@HKINC.COM
TOLL FREE: 1(800)654-5391 & 1(800)654-1660

PAY YOUR ACCOUNT ON-LINE VIA CHECK, DEBIT OR CREDIT CARD AT: WWW.HKLLC.BIZ
PLEASE SEND CORRESPONDENCE TO: POST OFFICE BOX 1090, MENTOR, OH, 44061

**Proof of Address**
Page   1   of   1

| Form **W-9** (Rev. December 2011) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |

Name (as shown on your income tax return)
**Hudson & Keyse, L.L.C.**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
- [ ] Individual/sole proprietor
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [✓] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ **C**
- [ ] Other (see instructions) ▶
- [ ] Exempt payee

Address (number, street, and apt. or suite no.)
**378 Blackbrook Rd**

City, state, and ZIP code
**Painesville, OH 44077**

Requester's name and address (optional)

List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

Employer identification number: ██ - ██████ 6 4 1 1

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign Here   Signature of U.S. person ▶ *[signature]*   Date ▶ **9/12/12**

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                                                                   Form **W-9** (Rev. 12-2011)

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    Western District of Pennsylvania | PROOF OF CLAIM |

**Name of Debtor:** Debrorah Griffin  
**Case Number:** 08-10131

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):  
Hudson & Keyse, LLC Assignee of Chase Bank USA, N.A.

**Name and address where notices should be sent:**  
Hudson & Keyse, LLC, Post Office Box 1090, Mentor, OH 44061

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____  
(If known)

**Filed on:** _____

**Telephone number:** (800) 654-5391

**Name and address where payment should be sent (if different from above):**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**Telephone number:**

**1. Amount of Claim as of Date Case Filed:**    $ 27,631.91

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Money Loaned  
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 6507

**3a. Debtor may have scheduled account as:** 373362*1  
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)  
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other  
**Describe:**

**Value of Property:** $_____    **Annual Interest Rate** ___ %

**Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**  $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 01/30/2008

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Lindsay Sandella - Bankruptcy Administrator    */s/ Lindsay Sandella*

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

2062627
JDMT

IN THE COURT OF COMMON PLEAS OF CRAWFORD COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

**HUDSON & KEYSE, LLC**

      Plaintiff      :   No. 2006-1796

vs.

**DEBORAH GRIFFIN**

                  :   CIVIL ACTION

      Defendant

Original Filed And This Copy Certified As A True Copy On

FEB 2 8 2007

PROTHONOTARY
CRAWFORD COUNTY, MEADVILLE, PA

## NOTICE OF JUDGMENT

(XX) NOTICE IS HEREBY GIVEN THAT A JUDGMENT IN THE ABOVE CAPTIONED MATTER HAS BEEN ENTERED AGAINST THE ABOVE-NAMED DEFENDANT(s) IN THE AMOUNT OF $27,631.91 ON , 2007.

( ) A COPY OF ALL DOCUMENTS FILED WITH THE PROTHONOTARY OF CRAWFORD COUNTY IN SUPPORT OF THE WITHIN JUDGMENT IS/ARE ENCLOSED.

**PROTHONOTARY - CRAWFORD COUNTY**

If you have any questions concerning the above, please contact the undersigned.

AMATO AND ASSOCIATES, P.C.
By:

Ronald Amato, Esq., Atty ID #32323
Michael J. Kennedy, Esq., Atty ID #72412
Attorneys for Plaintiff
107 North Commerce Way
Bethlehem, PA 18017
(610) 866-0400
A DEBT COLLECTION LAW FIRM

IN THE COURT OF COMMON PLEAS OF CRAWFORD COUNTY, PENNSYLVANIA
CIVIL ACTION - LAW

| | | |
|---|---|---|
| **HUDSON & KEYSE, LLC** | : | |
| Plaintiff | : | No. 2006-1796 |
| vs. | : | |
| **DEBORAH GRIFFIN** | : | CIVIL ACTION |
| Defendant | : | |

## PRAECIPE FOR JUDGMENT

TO THE PROTHONOTARY, CRAWFORD COUNTY:

Kindly enter judgment by default for want of an answer in favor of Plaintiff and against the above-named defendant(s) only and assess damages as follows:

| | |
|---|---|
| Debt | $26,569.15 |
| Interest (from November 29, 2006 to February 5, 2007 at 24% per annum) | 1,062.76 |
| Payments | |
| Total | $27,631.91 |

I CERTIFY THAT THE FOREGOING ASSESSMENT OF DAMAGES IS FOR SPECIFIED AMOUNTS ALLEGED TO BE DUE IN THE COMPLAINT AND IS CALCULABLE AS A SUM CERTAIN FROM THE COMPLAINT.

Pursuant to RCP 237.1, I certify that a copy of the annexed written notice(s) of intention to file this praecipe was mailed or delivered to all parties against whom judgment is to be entered and to their attorney of record, if any, after the default occurred, and at least ten days prior to the date of filing of this praecipe. Please note that said notice was mailed to all parties on January 24, 2007.

Dated: 2007

AMATO AND ASSOCIATES, P.C.
By:

Ronald Amato, Esq., Atty ID #32323
Michael J. Kennedy, Esq., Atty ID #72412
Attorneys for Plaintiff
107 North Commerce Way
Bethlehem, PA 18017
(610) 866-0400
A DEBT COLLECTION LAW FIRM

2062627