# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case Number: 08-10131-TPA |
| Debtor(s): Deborah A. Griffin : | |
| : | Chapter Number: 13 |
| Movant: Hudson & Keyse, LLC : | |
| : | Document No. |
| : | |
| Respondent: No Respondent(s) : | Hearing Date and Time: |

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Hudson & Keyse LLC, in the amount of $15,454.80 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that a Motion to Pay Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said motion having been served on all interested parties, including the debtor, United States attorney, United States trustee, and former and/or current case trustee(s) and there being no objections filed, it is further appearing that Hudson & Keyse, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $15,454.80, to:

    Hudson & Keyse, LLC
    C/o Brian J. Dilks
    35308 SE Center St
    Snoqualmie, WA 98065


Dated: _____    _____
                                                  United States Bankruptcy Judge


Application Submitted By:

Dated: <u>July 24, 2013</u>    Respectfully Submitted:    <u>/s/ Jardanian Josephs</u>
                                                                                                         Jardanian Josephs, Esquire
                                                                                                         Pa. I.D. 88667
                                                                                                         PO Box 22144
                                                                                                         Pittsburgh, PA 15222-0144
                                                                                                        Ph: (412) 979-0552
                                                                                                         Fax: (412) 281-6009
                                                                                                         Email: jljosephs@gmail.com