**WWR # 20235564**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA (ERIE)**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DEBORAH A. GRIFFIN | ) | |
| | ) | Bankruptcy No. 08-10131-TPA |
| Debtor | ) | |
| | ) | |
| | ) | |
| RONDA J. WINNECOUR | ) | Related to Doc No. 98 |
| Trustee/Respondent | ) | |
| | ) | |
| | ) | |
| HUDSON & KEYSE, LLC | ) | |
| Movant | ) | |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

Now comes, Hudson & Keyse, LLC by and through counsel, Keri P. Ebeck and Weltman, Weinberg & Reis, Co., L.P.A. and states the following:

1. Debtor filed a Chapter 13 petition on January 24, 2008.

2. On or about June 2013, funds in the amount of $15,484.80 were returned in this instant case as unclaimed, the full amount of which is and are still payable to the Movant. Said funds were deposited into the Registry Account. A true and correct copy of the letter and notice filed with the Court is attached as Exhibit A.

3. On or about January 14, 2011, an Order Authorizing William D. Deutchman, C.P.A. to served as Collection Agent for the Movant was entered in the Northern District Ohio Bankruptcy Court in Bankruptcy Case No. 10-18846. A true and correct copy of the Order is attached hereto, made part hereof and marked as Exhibit B.

4. Therefore, the Movant respectfully requests that this Honorable Court issue an Order directing the release of the funds being held by the Clerk of Courts with the Court's Registry Account to Hudson & Keyse, LLC, c/o William D. Deutchman, 28650 Fairmount Blvd., Cleveland, OH 44124.

WHEREFORE, Movant prays for an Order from this Court granting Movant's Motion for Order Releasing Unclaimed Funds.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
1400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA  15219
(412) 434-7955