UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2013 JUN 10 A 8:28
CLERK
U.S. BANKRUPTCY
COURT - PGH

In Re:

BENJAMIN F. RAPP and
CAROLYN L. RAPP,
        Debtor(s)

:  Bankruptcy Case No. 06-26078JAD
:  Chapter 13
:  Related to Document No. 134
:

## **ORDER**

The above-captioned case was closed by previous Order. Since closing the case a *Motion to Pay Unclaimed Funds* was filed on   June 7, 2013   at Document No.   134  . Because the case is now closed, at this time the Court is without jurisdiction to consider any requested relief unless the case is reopened by formal motion, including payment of the applicable filing fee.

*AND NOW*, this   10th   day of   June  , 2013, it is hereby **ORDERED, ADJUDGED and DECREED** that the *Motion* is **DENIED** without prejudice to refiling accompanied by a motion to reopen the case and the appropriate filing fee.

By:   Hon. Jeffery A. Deller  
United States Bankruptcy Judge